UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>Bolds-Johnson v. MedStar S. Md. Hosp. Ctr., Inc., et al.</u>,  
No. 24-cv-428

DATE: May 14, 2024

\* \* \*

The Court is in receipt of the parties' briefs with respect to Defendants MedStar Southern Maryland Hospital Center, Inc. and MedStar Medical Group, LLC (MedStar)'s Motion to Dismiss (ECF No. 13) and Motion to Strike Plaintiff's Jury Trial Demand (ECF No. 14). *See* ECF Nos. 20, 22, 24, 25. The Court has also received a "Notice" from Plaintiff LaToya Bolds-Johnson (ECF No. 26) and MedStar's response thereto (ECF No. 27).

The parties' filings reveal that Bolds-Johnson brought an earlier case concerning what appears to be the same subject matter and set of alleged facts in the Circuit Court for Prince George's County as in her claims in this Court. The state-court case has now apparently concluded with a judgment in favor of MedStar.

Accordingly, the Court will not, at this time, rule on MedStar's present Motions, but instead will **ORDER**:

1. Within thirty (30) days of this Order, MedStar **SHALL** file a new Motion to Dismiss based on the doctrine of res judicata or any other applicable claim or issue preclusion principles;
2. Bolds-Johnson **SHALL** have thirty (30) days thereafter to file a response in opposition; and
3. MedStar **SHALL** have fifteen (15) days thereafter to file a reply in support, if any.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte  
United States District Judge

CC: Court file  
Counsel of Record