UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: Bolds-Johnson v. MedStar S. Md. Hosp. Ctr., Inc., *et al.*,
No. 24-cv-428,

DATE: May 4, 2024

\* \* \*

Defendants Medstar Medical Group, LLC and MedStar Southern Maryland Hospital Center, Inc. (MedStar) have recently filed a Motion for Sanctions against Plaintiff LaToya Bolds-Johnson and her counsel. *See* ECF No. 31. Although the Court has received a hardcopy of the Motion and its supporting documents, those papers have not been filed on this case's electronic docket.

The day after MedStar filed its Motion for Sanctions, Sharika M. Robinson, Esq., who has appeared in this case *pro hac vice*, filed a Motion to Withdraw as Counsel for Ms. Bolds-Johnson. *See* ECF No. 35.

MedStar filed a response to Ms. Robinson's Motion, indicating that while MedStar takes no position as to Ms. Robinson's withdrawal, MedStar requests that the Court order Ms. Robinson to respond to its Motion for Sanctions. *See* ECF No. 36.

Thereafter, counsel for Ms. Bolds-Johnson filed a reply in support of Ms. Robinson's Motion to Withdraw, leveling accusations that defense counsel has violated the Court's Local Rules by asking the Court to order Ms. Robinson to respond to its Motion for Sanctions, among other allegations. *See* ECF No. 37.

The Court's Local Rule 105.8(b) provides that "a party need not respond to any motion" for sanctions "unless otherwise ordered by the Court." D. Md. Local R. 105.8(b).

Accordingly, the Court **ORDERS**:

1. MedStar **SHALL** file, under seal, its Motion for Sanctions and supporting documents on the case's electronic docket within three (3) days of this Order;
2. Counsel for Ms. Bolds-Johnson, including Ms. Robinson, **SHALL** respond to MedStar's Motion for Sanctions within seven (7) days of this Order; and
3. The Court **DEFERS** ruling on Ms. Robinson's Motion to Withdraw as Counsel until such time as MedStar's Motion for Sanctions is resolved.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record